# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## ORDER

February 6, 2025

*By the Court:*

| No. 25-1094 | A.C., a minor child by his next friend, mother and legal guardian, M.C., Plaintiff - Appellee <br><br> v. <br><br> METROPOLITAN SCHOOL DISTRICT OF MARTINSVILLE, Defendant - Appellant |
|---|---|
| **Originating Case Information:** ||
| District Court No: 1:21-cv-02965-TWP-MJD <br> Southern District of Indiana, Indianapolis Division <br> District Judge Tanya Walton Pratt ||

Upon consideration of the **MOTION TO SUSPEND BRIEFING SCHEDULE PENDING RULING IN *UNITED STATES v. SKRMETTI*,** filed on February 5, 2025, by counsel for the appellant,

**IT IS ORDERED** that the motion is **GRANTED**. Appellant's brief shall be filed 40 days after the United States Supreme Court issues a decision in *United States v. Skrmetti*, No. 23-477. The decision to grant appellant's motion reflects an assumption that appellant will not move for a stay of the district court's injunction and that the delay in briefing therefore will not injure the plaintiff. If appellant requests a stay, this order will be vacated, and an accelerated briefing schedule will be set.

form name: **c7_Order_BTC**   (form ID: **178**)