# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

July 23, 2025

*By the Court:*

| | |
|---|---|
| No. 25-1094 | A.C., a minor child by his next friend, mother and legal guardian, M.C., <br><br>    Plaintiff - Appellee <br><br> v. <br><br> METROPOLITAN SCHOOL DISTRICT OF MARTINSVILLE, <br><br>    Defendant - Appellant |
| **Originating Case Information:** ||
| District Court No: 1:21-cv-02965-TWP-MJD <br> Southern District of Indiana, Indianapolis Division <br> District Judge Tanya Walton Pratt ||

The following are before the court:

1. **MOTION TO SUSPEND BRIEFING SCHEDULE PENDING RULINGS IN CASES BEFORE THE SEVENTH CIRCUIT AND SUPREME COURT**, filed on July 8, 2025, by counsel for the appellant.

2. **APPELLEE'S RESPONSE IN OPPOSITION TO APPELLANT'S MOTION TO SUSPEND BRIEFING**, filed on July 9, 2025, by counsel for the appellee.

3. **REPLY IN SUPPORT OF MOTION TO SUSPEND BRIEFING SCHEDULE PENDING RULINGS IN CASES BEFORE THE SEVENTH CIRCUIT AND SUPREME COURT**, filed on July 9, 2025, by counsel for the appellant.

4. **VERIFIED UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE BRIEF OF APPELLANT**, filed on July 18, 2025, by counsel for the appellant.

**IT IS ORDERED** that the motion to suspend briefing is **DENIED**.

**IT IS FURTHER ORDERED** that the motion for an extension of time is **GRANTED**. Briefing shall proceed as follows:

1. The brief and required short appendix of the appellant are due by August 4, 2025.
2. The brief of the appellee is due by September 3, 2025.
3. The reply brief of the appellant, if any, is due by September 24, 2025.

Important Scheduling Notice!

Hearing notices are mailed shortly before the date of oral argument. Please note that counsel's unavailability for oral argument must be submitted by letter, filed electronically with the Clerk's Office, no later than seven days after the filing of the appellee's brief. See Cir. R. 34(b)(3), (4). The court's calendar is located at http://www.ca7.uscourts.gov/cal/argcalendar.pdf. Once scheduled, oral argument is rescheduled only in extraordinary circumstances. *See* Cir. R. 34(b)(4), (e).

form name: **c7_Order_BTC**     (form ID: **178**)