# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

September 19, 2025

*By the Court:*

| No. 25-1094 | A.C., a minor child by his next friend, mother and legal guardian, M.C.,<br>    Plaintiff - Appellee<br><br>v.<br><br>METROPOLITAN SCHOOL DISTRICT OF MARTINSVILLE,<br>    Defendant - Appellant |
|---|---|
| **Originating Case Information:** ||
| District Court No: 1:21-cv-02965-TWP-MJD<br>Southern District of Indiana, Indianapolis Division<br>District Judge Tanya Walton Pratt ||

This appeal will be held without oral argument until the Supreme Court has issued its opinion in *West Virginia v. B.P.J.*, No. 24–43 (cert. granted July 3, 2025).

Within 14 days of the Supreme Court's decision in that case, the parties must file supplemental memoranda recommending how this appeal should be resolved (both as a matter of substance and as a matter of procedure).

Appellant's reply brief, currently due on September 24, need not be filed, though appellant is free to file a reply brief if it believes that this step remains appropriate after this order.